Filed 18 APR 2019 pm12:52
USBC WDWA TACOMA WA

19-41238.

Certificate Number: 06975-WAW-CC-032521954

06975-WAW-CC-032521954

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 29, 2019</u>, at <u>10:12</u> o'clock <u>AM PDT</u>, <u>Diane Erdmann</u> received from <u>American Financial Solutions of North Seattle Community College Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Washington</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>March 29, 2019</u>          By:    <u>/s/Jeanne  Dickmann</u>

                                       Name:  <u>Jeanne  Dickmann</u>

                                       Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).