List of creditors
**19-41238-BDL**

Internal Revenue Service (for ID# 569934)
Fresno, CA 93888

Chase Bank USA, N.A.
MRS Associates
1930 Olney Ave.
Cherry Hill, NJ 08003

Discover Card Financial Services
PO Box 6103
Carol Stream, IL 60197

American Express
PO Box 981535
El Paso, TX 79998

Center for Advanced Dental Medicine
Duane L. Jones, DDS
33507 9th Ave. S.
Bldg. E
Federal Way, WA 98003

Michele Shaw
Law Office of Michele Shaw
2125 Western Ave.
Suite 330
Seattle, WA 98121

Thomas P. Quinlan
Smith Alling
1501 Dock St.
Tacoma, WA 98402

Mark Calvert
C/O Michael Gearin
K&L Gates
925 4th Ave.
Suite 2900
Seattle, WA 98104