# Michael G. Malaier
## CHAPTER 13 TRUSTEE

2122 Commerce Street | Tacoma, Washington 98402 | p: (253) 572-6600 | f: (253) 650-0580 | www.chapter13tacoma.org

### CHAPTER 13 TRUSTEE DEFICIENCY NOTICE
Please send documents to the email address: ProSe@chapter13tacoma.org

TO: **DIANE RENEE ERDMANN**　　　　　　　　　　　　　CASE NO: **19-41238-BDL**

**NOTICE IS HEREBY GIVEN** that the above referenced case, filed on April 18, 2019, contains one or more deficiencies which must be corrected. Failure to provide the missing documents(s) to the Trustee or otherwise comply with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(b), and Local Bankruptcy Rules 1007-1, 3015-1, or 4002-1, or to object to dismissal of the case indicating why dismissal is not appropriate, **may result in the dismissal of this case without further notice,** pursuant to Local Bankruptcy Rule 1017-1(c).

**Trustee Information Sheet**
**Bank Statements to include date of filing**
**60 Days Paystubs/Income Verification**
**Tax Returns**
**Chapter 13 Plan mailed to all creditors 14 days prior to the first scheduled 341 hearing**
**Proof of Service filed with U.S. Bankruptcy Court of mailing Chapter 13 Plan to creditors**

### CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that on April 29, 2019, I caused to be mailed via regular mail a true and correct copy of the Chapter 13 Trustee Deficiency Notice to the following:

　　DIANE RENEE ERDMANN, PO BOX 4024, FEDERAL WAY, WA  98063

Executed at Tacoma, Washington on the 29th day of April, 2019.

/s/ Taylor Elstrom
Office of the Chapter 13 Trustee
2122 Commerce Street, Tacoma, WA  98402