Diane Erdmann  
PO Box 4024  
Federal Way, WA 98063

**Bankruptcy Number 19-41238-BDL**

May 2, 2019

U.S. Bankruptcy Court Clerk  
1717 Pacific Ave.  
Tacoma, WA 98402

Dear Sir or Madame,

I respectfully request an extension of the deadlines to submit documents relating to my bankruptcy to the docket, the trustee and to creditors.

I apologize for this request, it's on advice of counsel that I require a delay. If required by the Court, I can submit more information.

Thank you for your assistance with this matter.

Sincerely,

*Diane Erdmann*

Diane Erdmann