Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Brian D. Lynch
Chapter 13
Hearing Location: Courtroom 1, 1717 Pacific Ave, Ste 2100, Tacoma, WA
Hearing Date: Friday, June 12, 2019
Hearing Time: 1:30 p.m.
Response Date: June 5, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>DIANE RENEE ERDMANN<br><br>Debtor. | Case No. 19-41238-BDL<br><br>DECLARATION OF DAVID C. NEU IN SUPPORT OF MOTION TO CONVERT CASE TO CHAPTER 7 |

David C. Neu declares as follows:

1. I am a partner with K&L Gates LLC, counsel for Mark Calvert, Chapter 11 Trustee for Northwest Territorial Mint, LLC ("NWTM") in Case No 16-11767-CMA, United States Bankrutpcy Court for the Western District of Washington.

2. Attached hereto as Exhibit A is a copy of the judgment entered against the Debtor in Adv. Pro. 16-01217, United States Bankrutpcy Court for the Western District of Washington.

3. Attached hereto as Exhibit B is a copy of the Declaration of Joseph Hamell in Support of Ex Parte Application for FRBP 2004 Examination of Renton Coin Shop filed at Dkt No. 1016, Case No. 16-11767-CMA.

4. Attached hereto as Exhibit C is a copy of documents produced pursuant to a subpoena to the Renton Coin Shop evidencing sales of metals.

DECLARATION OF DAVID C. NEU IN SUPPORT OF MOTION TO CONVERT.- 1
502235424 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 19-41238-BDL    Doc 19    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 1 of 3

5. Attached hereto as <u>Exhibit D</u> is a copy of documents produced pursuant to a subpoena to the Gold Center evidencing sales of metals.

6. Attached hereto as <u>Exhibit E</u> is a copy of documents produced pursuant to a subpoena to Northgate Rare Coin evidencing sales of metals.

7. Attached hereto as <u>Exhibit F</u> is a copy of documents produced pursuant to a Rule 2004 subpoena to the Debtor, evidencing coin sales to the Pahrump Coin Shop.

8. Attached hereto as <u>Exhibit G</u> are excerpts of a deposition transcript in which the Debtor admits to selling approximately $700,000 worth of precious metal.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 9th day of May, 2019, at Seattle, Washington.

*/s/ David C. Neu*
David C. Neu

DECLARATION OF DAVID C. NEU IN SUPPORT OF MOTION TO CONVERT.- 2
502235424 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on May 9, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on May 9, 2019, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Diane Renee Erdmann
PO Box 4024
Federal Way, WA 98063

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 9th day of May, 2019 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

DECLARATION OF DAVID C. NEU IN SUPPORT OF MOTION TO CONVERT.- 3
502235424 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 19-41238-BDL    Doc 19    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 3 of 3