# EXHIBIT A

**Below is a Judgment of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| NORTHWEST TERRITORIAL MINT, LLC, | Case No. 16-11767-CMA |
| Debtor. | |
| MARK CALVERT, *as Chapter 11 Trustee of Northwest Territorial Mint, LLC*, | Adv. Case No. 16-01217-CMA |
| Plaintiff, | |
| v. | |
| DIANE ERDMAN, *an individual*, | JUDGMENT |
| Defendant. | |

THIS MATTER was tried by the above-signed judge on January 30 and 31, 2018. For the reasons set forth in the Memorandum Decision [ECF No. 97], it is hereby

ORDERED that the Plaintiff Mark Calvert, as Chapter 11 Trustee of Northwest Territorial Mint, LLC, is awarded judgment against the Defendant Diane Erdmann, an

JUDGMENT - 1

**Below is a Judgment of the Court.**

1  individual, in the amount of $430,462.00, plus costs and post-judgment interest from the date of

2  entry of this Judgment at the federal judgement rate.

3           IT IS FURTHER ORDERED that the Plaintiff's remaining claims are hereby dismissed.

5                          /// END OF JUDGMENT ///

JUDGMENT - 2

Case 16-01317-CMA   Doc 98   Filed 03/28/19   Ent. 03/28/19 14:12:35   Pg. 2 of 2
Case 19-41238-BDL   Doc 19-1   Filed 08/09/19   Ent. 08/09/19 14:12:35   Pg. 3 of 65

# EXHIBIT B

B-1

1  Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA # 33143
2  Brian T. Peterson, WSBA # 42088
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104-1158
4  (206) 623-7580

Honorable Christopher M. Alston
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

NORTHWEST TERRITORIAL MINT, LLC,

Case No. 16-11767-CMA

DECLARATION OF JOSEPH A. HAMELL IN SUPPORT OF *EX PARTE* MOTION FOR EXAMINATION OF RENTON COIN SHOP, INC., BRYAN D. GERAGHTY d/b/a NORTHGATE RARE COIN, THE GOLD CENTER INC., and VICTORIA DIAMONDS, LLC d/b/a CASH 4 GOLD PURSUANT TO RULE 2004 AND SUBPOENAS PURSUANT TO RULE 9016

Joseph A. Hamell declares as follows:

1.      I am attorney with Montgomery Purdue Blankenship & Austin, PLLC, counsel for Bradley Stephen Cohen in case no. 16-2-05611-3 KNT, King County Superior Court (the "Cohen Lawsuit").

2.      On June 3, 2016, I deposed Diane Erdmann in the Cohen Lawsuit. Attached hereto as Exhibit A are the relevant pages from the transcript of the deposition, which were provided to me by Byers & Anderson Court Reporters, in which Diane Erdmann testified regarding her personal assets.

I declare under the penalty of perjury under the laws of the State of Washington that the

DECLARATION OF JOSEPH A. HAMMELL IN
SUPPORT OF *EX PARTE* MOTION FOR SUBPOENA
PURSUANT TO RULES 2004 AND 9016 - 1
500395523 v1
B-2

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1016    Filed 05/08/17    Ent. 05/09/17 14:12:35    Pg. 5 of 65

foregoing is true and correct to the best of my knowledge.

Executed this 12ᵗʰ day of May, 2017, at Seattle, Washington.

_____
Joseph A. Hamell

DECLARATION OF JOSEPH A. HAMMELL IN
SUPPORT OF *EX PARTE* MOTION FOR SUBPOENA
PURSUANT TO RULES 2004 AND 9016 - 2
500395523 v1

B-3

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA   Doc 1016   Filed 05/18/17   Ent. 05/18/17 16:11:43   Pg. 2 of 3
Case 19-41238-BDL   Doc 19-1   Filed 05/03/19   Ent. 05/03/19 14:12:35   Pg. 6 of 65

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on May 12, 2017, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on May 12, 2017, she caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the foregoing document and mailed to the following addresses:

| | |
|---|---|
| Northwest Territorial Mint LLC<br>c/o Ross Hansen, Member<br>P.O. Box 2148<br>Auburn, WA 98071-2148 | Renton Coin Shop, Inc.<br>c/o Brian Wichmann, Reg. Agent<br>15201 Military Road South<br>Seattle, WA 98188 |
| Renton Coin Shop, Inc.<br>c/o Steve Campau<br>101 Park Avenue North<br>Renton, WA 98057 | Victoria Diamonds LLC<br>d/b/a Cash 4 Gold<br>c/o Victor Ivanov<br>2012 Shattuck Avenue S<br>Renton, WA 98055 |
| Victoria Diamonds LLC<br>d/b/a Cash 4 Gold<br>32700 Pacific Hwy South, Suite 2<br>Federal Way, WA 98003 | Bryan D. Geraghty<br>d/b/a Northgate Rare Coins & Precious Metals<br>11319 Pinehurst Way NE<br>Seattle, WA 98125 |
| The Gold Center<br>3000 W. Lles Avenue<br>Springfield, IL 62704 | |

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 12th day of May, 2017 at Seattle, Washington.

Denise A. Lentz

DECLARATION OF JOSEPH A. HAMELL IN SUPPORT
OF *EX PARTE* MOTION FOR SUBPOENA
PURSUANT TO RULES 2004 AND 9016 - 3

B-4

500395523 v1

K&L Gates LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-11767-CMA    Doc 1016    Filed 05/02/19    Ent. 05/02/19 14:12:35    Pg. 7 of 365

# EXHIBIT A

Transcript of the Testimony of

**Diane Erdmann**
June 3, 2016

**Cohen v. Hansen**
No. 16-2-05611-3



**Byers & Anderson**

**Court Reporters/Video/Videoconferencing**
**Seattle/Tacoma, Washington**

scheduling@byersanderson.com
www.byersanderson.com

One Union Square: 600 University Street, Suite 2300 Seattle, WA 98101-4128
Seattle: **206 340-1316**  Toll Free: **800 649-2034**
Old Town District: 2208 North 30th Street, Suite 202 Tacoma, WA 98403-3360
Tacoma: **253 627-6401**  Fax: 253 383-4884

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

BRADLEY STEPHEN COHEN, an
individual; and COHEN ASSET
MANAGEMENT, INC., a California
corporation,

              Plaintiffs,

          vs.

ROSS B. HANSEN, an individual;
NORTHWEST TERRITORIAL MINT, LLC, a
Washington limited liability
company; and STEVEN EARL
FIREBAUGH, an individual,

            Defendants.

No. 16-2-05611-3 KNT

DEPOSITION OF DIANE ERDMANN

June 3rd, 2016

Seattle, Washington

Byers & Anderson, Inc.

Court Reporters/Video/Videoconferencing

| One Union Square | 2208 North 30th Street, Suite 202 |
| 600 University St. | Tacoma, WA 98403 |
| Suite 2300 | (253) 627-6401 |
| Seattle, WA 98101 | (253) 383-4884 |
| (206) 340-1316 | scheduling@byersanderson.com |
| (800) 649-2034 | www.byersanderson.com |

Serving Washington's Legal Community Since 1980

```
 1                    APPEARANCES

 2   For the Plaintiffs:

 3              Joseph A. Hamell
                Montgomery Purdue Blankinship &
 4                Austin, PLLC
                701 Fifth Avenue
 5              Suite 5500
                Seattle, WA 98104-7096
 6              206.682.7090
                206.625.9534 Fax
 7              Jhamell@mpba.com

 8

 9   For the Witness:

10              Daniel J. Bugbee
                D. Bugbee & Scalia, PLLC
11              155 NE 100th Street
                Suite 205
12              Seattle, WA 98125
                206.489.3802
13              206.973.8737 Fax
                Dbugbee@lawdbs.com

14

15

16

17

18

19

20

21

22

23

24

25
```

Diane Erdmann
June 3, 2016

```
 1   Q   Which car did you drive?

 2   A   Cadillac.

 3   Q   Did you take anything out of the Cadillac and put it in

 4       the safe deposit box?

 5   A   No, I don't think so.

 6   Q   What's currently in the safe deposit box?

 7   A   Small amount of cash.

 8   Q   How much?

 9   A   Under a thousand.

10                       THE COURT REPORTER:  What was that?

11                       THE WITNESS:  Under a thousand.

12   Q   (By Mr. Hamell)  A little bit earlier you testified that

13       there was somewhere between 50 and 75 thousand dollars in

14       cash in the safe deposit box, you took out 50,000 to pay

15       to Todd Tracy and now there's less than a thousand.

16           What happened to the other cash?

17   A   Well, Mr. Cohen got about $6,000 of it.

18   Q   How did Mr. Cohen get $6,000 of it?

19   A   Sheriff seized it.

20   Q   So you took cash out of your safe deposit box at some

21       point before April 27th and took it to your home?

22   A   Yes.

23   Q   And why did you do that?

24   A   So I would have some money, expenses or money for the

25       expenses.
```

Diane Erdmann
June 3, 2016

B-9

```
 1   Q   Besides less than a thousand dollars in cash, what else

 2       is in the safe deposit box?

 3   A   I think there's six ounces of gold.

 4   Q   Anything else?

 5   A   No.

 6   Q   No silver?

 7   A   No.

 8   Q   What happened to the silver?

 9   A   It's with a friend.

10   Q   Which friend?

11   A   I rather not say.

12   Q   Ms. Erdmann, you need to answer my questions.  Which

13       friend has the silver?

14   A   I rather not draw him into this.

15   Q   Ms. Erdmann, you're obligated to answer my questions.

16           Are you refusing to answer my question?

17   A   Don Schwink.

18   Q   I'm sorry?

19   A   Don Schwink.

20   Q   How do you spell his last name?

21   A   S-c-h-w-i-n-k.

22   Q   How do you know Mr. Schwink?

23   A   I met him through work.

24   Q   Northwest Mint?

25   A   Yes.
```

Diane Erdmann
June 3, 2016

B-10

1      the bare minimum.

2   Q   Do you know if Mr. Hansen is an insured on the policy?

3   A   I don't think he is.  It only costs $200 a year, so it's

4       pretty bare bones.

5   Q   Okay.  Do you have any other insurance policies that

6       might apply to your stuff or to your home, like an

7       umbrella policy or some other liability policy?

8   A   No.

9                   MR. BUGBEE:  Objection; compound.

10  Q   (By Mr. Hamell)  Okay.  Ms. Erdmann, how are you paying

11      the rent now that Mr. Hansen doesn't have access to his

12      owner's draws?

13  A   My personal funds.

14  Q   What personal funds are those?

15  A   The funds that I -- we've already referenced.

16  Q   Where are those funds?

17  A   In the safe deposit box.

18  Q   Which safe deposit box?

19  A   One of those -- whichever one of those five is still

20      open.

21  Q   Okay.  What is in that?  Of the safe deposit boxes that

22      are still open, what is still there?

23  A   Under a thousand dollars and six ounces of gold.

24  Q   How much is that six ounces of gold worth?

25  A   About 12 hundred an ounce.

Page 69

Diane Erdmann
June 3, 2016

B-11

Case 16-11767-CMA   Doc 1916   Filed 05/03/17   Ent. 05/03/17 16:14:35   Pg. 14 of 365
Case 19-41238-BDL   Doc 191-1   Filed 05/09/19   Ent. 05/09/19 14:12:05   Pg. 14 of 365

```
 1   Q   How do you plan on paying the rent once the thousand

 2       dollars and six ounces of gold is spent?

 3   A   I haven't figured that out yet.

 4   Q   Do you have any other assets -- or do you have any other

 5       cash or precious metals besides the thousand dollars and

 6       the six ounces of gold in your safe deposit box?

 7                   MR. BUGBEE:  Objection; asked and

 8       answered.

 9                   THE WITNESS:  Yes.

10   Q   (By Mr. Hamell)  What precious metals -- or what is that?

11   A   Silver.

12   Q   And is that the silver being held by Mr. Schwink?

13   A   Yes.

14   Q   Okay.  Anything else?

15   A   No.

16   Q   Does Mr. Hansen have any cash or precious metals?

17   A   No.

18   Q   Does Mr. Hansen have any retirement accounts?

19   A   No.

20   Q   Does he have any investment accounts?

21   A   No.

22   Q   Does Mr. Hansen own any cars?

23   A   No.

24   Q   Does Mr. Hansen own any boats or airplanes?

25   A   No.
```

Diane Erdmann
June 3, 2016

B-12

```
 1   Q   Has Mr. Hansen discussed his future plans to deal with
 2       Mr. Cohen?
 3   A   No.
 4   Q   Has Mr. Hansen discussed with you any of his future plans
 5       regarding Northwest Territorial Mint or any of its
 6       assets?
 7   A   I don't recall.
 8   Q   Have you guys discuss how you're going to get by
 9       financially moving forward?
10                   MR. BUGBEE:  Objection; asked and
11       answered.
12           Are you just harassing the witness about her state
13       of financial affairs and how destitute it is?
14   Q   (By Mr. Hamell)  Do you have an answer, Ms. Erdmann?
15   A   We have.  Nothing has really been resolved.
16   Q   Okay.  What's the -- what's the plan right now?
17   A   As I said, nothing has been resolved.
18   Q   So there is no plan?
19   A   There is no plan.
20   Q   And when do you think you'll run out of money out of the
21       safe deposit box?
22   A   It won't take long since there's less than a thousand.
23   Q   And then when do you think you'll run out of the money
24       that -- in silver that Mr. Schwink is holding for you?
25   A   I don't know.
```

Diane Erdmann
June 3, 2016

B-13

Case 16-11767-CMA   Doc 1916   Filed 05/12/17   Ent. 05/12/17 16:11:25   Pg. 21 of 65
Case 19-41238-BDL   Doc 19-1   Filed 05/09/19   Ent. 05/09/19 14:12:35   Pg. 16 of 65

1  Q   Are there any other assets that you have or have access

2      to --

3                      MR. BUGBEE:  Objection; asked and

4      answered --

5  Q   (By Mr. Hamell) -- that you haven't told me about yet?

6                      MR. BUGBEE:  -- multiples times.

7                      THE WITNESS:  There's stuff from the

8      sheriff's department, and there's some from Todd Tracy,

9      so that's always a possibility.

10 Q   (By Mr. Hamell)  Does Mr. Hansen have any other assets

11     you haven't told me about?

12 **A**   **No.**

13 Q   Has he hidden any money?

14 **A**   **No.**

15 Q   Does he have any gold or silver?

16 **A**   **No.**

17 Q   Does he have any other precious metals?

18 **A**   **No.**

19 Q   Does he have any cash?

20 **A**   **No.**

21 Q   Does anybody owe him any money?

22                      MR. BUGBEE:  Objection; asked and

23     answered.

24                      THE WITNESS:  No.

25 Q   (By Mr. Hamell)  Let's take a quick break.  I'll go over

Diane Erdmann
June 3, 2016

B-14

Case 16-11767-CMA   Doc 1616   Filed 05/13/19   Ent. 05/13/19 16:14:35   Pg. 31 of 365
Case 19-41238-BDL   Doc 19-1   Filed 05/09/19   Ent. 05/09/19 16:14:35   Pg. 31 of 365

# EXHIBIT C

30 May 2017

TO: K&L Gates LLP

From: Renton Coin Shop  206-909-7653
425-226-3890
-sho

Re: Case No. 16-11767-CMA

Pages: 19 + cover



EXHIBIT NO. 11
Erdmann
8-3-17
Sheri L. Wheeler, CCR

May 30 2017 01:38PM HP Fax 425-277-8303

5/25/2017

In searching our records, Diane Erdmann, sold us Gold, Platinum, &/or Silver bullion on the following dates.

1/31/17, 11/27/16, 10/19/16 two checks dated (10/21/16 two dated 10/19/16), & 6/20/2016. I issued checks without payees. Ross Hansen never appeared but I did talk with him on the phone on one or possibly two of these visits.

The only time Diane took any cash payment from our till was 1/31/2017. $1010.00 It does look like some of the checks were cashed.

See attached checks.

Steven Campau
President
Renton Coin Shop, Inc.

C-3

Case 19-41238-BDL    Doc 19-1    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 20 of 65

# RENTON COIN SHOP

225 Wells Avenue South • Renton, WA 98057 • 4

| Spot Silver | Spot Gold | Spot Platinum | Date |
|---|---|---|---|
| | 120 | | 1/31/17 |

**Name** Diane Eckmann

**Address**

**City, State, Zip**

| Phone # | | ID |
|---|---|---|
| SSN | | ID |
| Signature | | OCC | DOB |

**YOUR RECEIPT**
**THANK YOU**

01/31/2017  4:29PM  01
U0000007E3      CLERK01

++PD

$1010.00

| ☐ Retail ☒ Wholesale | Type of Transaction ☐ Sale ☒ Paid Out ☐ ROA | Staff Initials |
|---|---|---|

| No. | Qty. | Description | Unit | Amount |
|---|---|---|---|---|
| 1 | 2 | 1 oz G | 11,394 | 73,780 |
| 2 | | | | |
| 3 | 4 | 10 oz G | 330,500 | 13,220 |
| 4 | | | | |
| 5 | | | | 39,010 |
| 6 | | | | |
| 7 | | | | |
| 8 | | 5564 | | |
| 9 | | 6565 | | |
| 10 | | | 25,000 | |
| 11 | | | 10,000 | |
| 12 | | | | |

☐ Bullion ☐ Paper ☒ Coin ☒ Check ☐ COC

www.RentonCoinShop.com

May 30 2017 01:38PM HP Fax 425-277-8303

C-4

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16585 (Front)
Posted on 2/8/2017
For $28,000.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3690

16585

1/31/17

Pay to the Order of ___Bucknell Stehlik___ | $ 28,000

___Twenty eight thousand___ ₀⁰/₁₀₀ Dollars

First Financial
Northwest Bank

For ___@ gold___

⑆325170877⑆ ⑈ 16585

2017-02-07 210701

The Commerce Bank of WA

210701

CHECK HERE IF FOR FILE DEPOSIT

FOR DEPOSIT ONLY
BUCKNELL STEHLIK
SATO & SUSSMAN LLP
0026020
SEATTLE WA 98101
THE COMMERCE BK OF WA
PAY TO THE ORDER OF

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16584 (Front)
Posted on 2/8/2017
For $10,000.00

RENTON COIN SHOP, INC.                                    16584
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

                                                    1/31/17

Pay to the
Order of   Calde Langenbach                      | $10,000

Ten thousand 00/100                              Dollars

First Financial
Northwest Bank

For 2 gold

⑃325670877⑃                        ⑈ 16584

May 30 2017 01:38PM HP Fax 425-277-8303

C-6

Case 19-41238-BDL    Doc 19-1    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 23 of 65

# RENTON COIN SHOP
### 225 Wells Avenue South • Renton, WA 98057 • 425-226-3890

| Spot Silver | Spot Gold | Spot Platinum | Date |
|---|---|---|---|
| 16.07 | | | 11/27/16 |

**Name** Diane Erdmann

**Address**

**City, State, Zip**

| Phone# | | ID | |
|---|---|---|---|
| SSN | | ID | |
| Signature | | OCC | DOB |

| Type of Transaction | |
|---|---|
| ☐ Retail  ☒ Wholesale | ☐ Sale  ☒ Paid Out  ☐ ROA |

Staff Initials: CC

| | Qty. | Description | Unit | Amount |
|---|---|---|---|---|
| 1. | 2000 1oz | | 16.07 | |
| 2. | 700 oz oS 100 | | 16.67 | |
| 3. | | | | 13336 |
| 4. | 1200 oz cl 100 | | 16.37 | 19644 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | 12/1/16 | | | 57000 |
| 10. | 12/7/16 | | | 9320 |
| 11. | | | 16436 | |
| 12. | | | 16437 | |

| ☐ CC/MO | ☐ Charge | ☐ Cash | ☒ Check | ☐ COC |
|---|---|---|---|---|

www.RentonCoinShop.com

May 30 2017 0139PM HP Fax 425-277-8303

C-7

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16436 (Front)
Posted on 12/5/2016
For $57,000.00



RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

16436

11/27/16

Pay to the
Order of   Bucknell Stehlik            | $ 57,000⁰⁰

Fifty seven thousand d 00/100                    Dollars

First Financial
Northwest Bank

For  Silver

⑂335170877⑂            16436

The Commerce Bank of WA

210701

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16437 (Front)
Posted on 1/26/2017
For $9,320.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-8890

16437

11/27/16

Pay to the
Order of   Coble Langenbach                    $ 9,320 00

Nine thousand three hundred twenty 00/00

First Financial
Northwest Bank

For  Bullion

PAY TO THE ORDER OF THE BANK OF
WASHINGTON
1200THRU 10000 CABLE
LANGENBACH LLP
CABLE LANGENBACH ET AL

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16320 (Front)
Posted on 10/28/2016
For $15,000.00

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16319 (Front)
Posted on 10/31/2016
For $11,000.00

RENTON COIN SHOP, INC.                                          16319
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

10/19/16

Pay to the
Order of   DBS Law                                    $ 11,000 —

Eleven Thousand & 00/100                               Dollars

First Financial
Northwest Bank

For _____

⑊325170877⑊              ⑊ 16319

104018000448930

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16321 (Front)
Posted on 10/31/2016
For $6,574.00

RENTON COIN SHOP, INC.
191 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3900

16321

10-19-16

Pay to the
Order of _Cash_                           $ 6,574.00

_Six Thousand five hundred seventy four_                    Dollars

First Financial
Northwest Bank

For ___

⑈323517D8779⑈        16321

May 30 2017 01:40PM HP Fax 425-277-8303

C-12

Case 19-41238-BDL    Doc 19-1    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 29 of 65

**Check Details**

Check View
Check Number 16322 (Front)
Posted on 10/25/2016
For $38,000.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-120-3699

16322

10-21-16

Pay to the Order of  *Bucknell Stehlik*                                $ 38,000

*Thirty eight thousand & 00/100*

first Financial
Northwest Bank

For _____

⑆325170877⑆  ⑆16322⑆

2016-10-24 210701

The Commerce Bank of WA

210701

C-13

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16323 (Front)
Posted on 10/31/2016
For $3,226.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

16323

10-21-16

Pay to the Order of _Cash_                          $ 3226.00

_Three Thousand two hundred twenty six_          Dollars

First Financial
Northwest Bank

For_____

⑆325170877⑆  ▮▮▮▮▮▮      16323

CHECK HERE II MOBILE DEPOSIT

**Check Details**

Check View
Check Number 16258 (Front)
Posted on 9/22/2016
For $40,000.00

**RENTON COIN SHOP, INC.**
101 PARK AVENUE N
RENTON WA 98057
PH: 425-226-3900

16258

9-16-16

Pay to the
Order of   Bucknell Stahlik Sato & Orth, LLP          $ 40,000

Forty thousand & 00/100                                Dollars

**First Financial**
**Northwest Bank**

For  gold

⑆325170817⑈                    16258

2016-09-21 210701

The Commerce Bank of WA

210701

## Check Details

Check View
Check Number 16288 (Front)
Posted on 10/12/2016
For $10,150.00



## Check Details

Check View
Check Number 16287 (Front)
Posted on 9/27/2016
For $10,000.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

16287

6-20-16

Pay to the Order of _Allen Lichtenstein_   $ 10,000

_Ten thousand_ & 00/100                     Dollars

First Financial
Northwest Bank

For _____

⑆325170877⑆  ▮▮▮▮▮▮▮  16287

FOR DEPOSIT ONLY
NEVADA STATE BANK
ALLEN LICHTENSTEIN
ATTORNEY AT LAW LTD

**Check Details**

Check View
Check Number 16289 (Front)
Posted on 9/30/2016
For $17,000.00



RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98057
PH: 425-226-3890

16289

6-20-16

Pay to the
Order of   Colvin and Hallett                    $ 17,000

Seventeen Thousand °°/100                        Dollars

First Financial
Northwest Bank

For  11379 trust

⑆325170877⑆                    16289

125170877
16289

# First Financial Northwest Bank

**Check Details**

Check View
Check Number 16289 (Front)
Posted on 9/30/2016
For $17,000.00

RENTON COIN SHOP, INC.
101 PARK AVENUE N
RENTON, WA 98067
PH: 425-220-3800

16289

6-20-16

Pay to the Order of: *Colvin and Hallett*

$ 17,000

*Seventeen Thousand 00/100* Dollars

First Financial
Northwest Bank

For 11379 trust

⑆325470877⑆ 16289

FOR DEPOSIT ONLY
COLVIN & HALLETT, INC. P.S.
CHECK
U.S BANK

# RENTON COIN SHOP
101 Park Ave N • Renton, WA 98057 • 425-226-3890

| Spot Silver | Spot Gold | Spot Platinum | Date 2/16 |
|---|---|---|---|

**Name** Flair WVCk

**Address** qot 16322      38,000

**City, State, Zip** 16323      3,226

**Phone#**

**ID**

**Signature** GW         **DOB**

☒ Retail
☐ Wholesale
**Type of Transaction** ☐ Sale ☒ Paid Out ☐ ROA
**Staff Initials** JC

| | Qty. | Description | Unit | Amount |
|---|---|---|---|---|
| 1. | 5 | $5 Lib | 325 | 1625 |
| 2. | 5 | $5 Lib XF | 310 | 1550 |
| 3. | 5.5 | Mixed 07-Gea Gold 1230 | | 6765 |
| 4. | 1.75 | AGE +30 Pot | | 2222 |
| 5. | 1. | 1/2 oz Buff +35° | | 4000 |
| 6. | | 09-ccu 1/10 oz 35° | | 350 |
| 7. | 6 | 1 oz Buff +25 | | 7758 |
| 8. | 4 | 1 oz Ultra High 1900 | | 7200 |
| 9. | 4.9 | AGE 1236 | | 5996 |
| 10. | 2 | oz Palla (Issues) | | 2500 |
| 11. | | 1 oz Ptd Jicken bulunts | | |
| 12. | 45 | Plat bundled lot | | 1200 |

☐ CC/MO ☐ Charge ☐ Cash ☐ Check ☐ COC      40,226
40,226

May 30 2017 01:42PM HP Fax 425-277-8303

page 19

C-20

# RENTON COIN SHOP
101 Park Ave N • Renton, WA 98057 • 425-226-3890

| Spot Silver | Spot Gold | Spot Platinum | Date 10/19/16 |
|---|---|---|---|

**Name** Paid by CK

**Address** #16319 11,000

**City, State, Zip** #16320 15,000

**Phone#** #16321 6,574

**ID**

**Signature** PL

**DOB**

- [X] Retail
- [X] Wholesale

**Type of Transaction**
- [ ] Sale
- [X] Paid Out
- [ ] ROA

**Staff Initials**

| | Qty. | Description | Unit | Amount | |
|---|---|---|---|---|---|
| 1. | 35 | 1g Peavs | 39 50 | 1382 | 50 |
| 2. | 74 | .235V Say | 29 50 | 1170 | — |
| 3. | 3, | 1oz Pandas | 1293 | 3879 | — |
| 4. | 22 | .194-7 10G | 29 50 | 5269 | — |
| 5. | | | | | |
| 6. | 4.5 | oz maples | 1273 | 5728 | 50 |
| 7. | 4.6 | K Rands | 1275 | 5865 | |
| 8. | 13 | $5 Inc | 335 | 4355 | |
| 9. | 4 | XT $5 Inc | 315 | 1940 | |
| 10. | 1 | $10 Libs | 615 | 615 | |
| 11. | 2 | $10 Ind. | 625 | 1294 | |
| 12. | 1 | $20 StG XT | 1700 | 1700 | |

- [ ] CC/MO
- [ ] Charge
- [ ] Cash
- [ ] Check
- [ ] COC

www.RentonCoinShop.com

$32,574

C-21

May 30 2017 01:43PM HP Fax 425-277-8303

# EXHIBIT D



## GWS
### ATTORNEYS AT LAW
# GATES WISE SCHLOSSER & GOEBEL

Gordon W. Gates    D. Peter Wise    Frederick J. Schlosser    Todd M. Goebel    Bradley B. Wilson    James R. Enlow

May 26, 2017

Mr. David C. Neu
925 4th Avenue
Suite 2900
Seattle, WA 98105

     Re:   Northwest Territorial Mint, LLC
             Case No. 16-11767-CMA

Dear Mr. Neu:

     I represent The Gold Center, Inc. We received a subpoena from your office regarding the above case pending in the U.S. Bankruptcy Court for the Western District of Washington.

     Attached find nine pages of records that are responsive to paragraphs 1-3 of the subpoena. My client was unable to locate any material responsive to paragraph 4 of the subpoena.

     To the best of my client's knowledge, the above constitutes a full and complete response to the subpoena. If you wish to discuss this matter further, please advise. Furthermore, please advise if this letter does not satisfy the subpoena and you require my client to deliver these same records to Midwest Litigation Services per the subpoena.

                           Sincerely,

                           Gordon W. Gates

GWG/tac
Enclosures

EXHIBIT NO: 2
Erdmann
8-3-17
Shari L. Wheeler, CCR

1231 South Eighth Street • Springfield, IL 62703
ph 217.522.9010 • fax 217.522.9020 • www.gwspc.com
A Professional Corporation

D-2

Form 254 — Subpoena for Rule 2004 Examination (12/06)

# UNITED STATES BANKRUPTCY COURT

_____Western_____          District of          _____Washington_____

In re  NORTHWEST TERRITORIAL MINT LLC
                Debtor

**SUBPOENA FOR RULE 2004 EXAMINATION**

Case No.*  16-11767-CMA

The Gold Center, Inc.

To:

Chapter  11

c/o Gordon W. Gates
1231 South 8th Street
Springfield, IL  62703

☐  YOU ARE COMMANDED to appear and testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure, at the place, date, and time specified below.  A copy of the court order authorizing the examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Midwest Litigation Services, 15 South Old State Capitol Plaza, Springfield, IL  62701 | June 6, 2017 |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| Partner | 5/23/17 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

 David C. Neu, 925 4th Ave, Suite 2900, Seattle, WA 98105 (206) 370-7893

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

D-3

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

| DATE | SIGNATURE OF SERVER |
|---|---|
| | |
| | ADDRESS OF SERVER |

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006, made applicable in cases under the Bankruptcy Code by Rule 9016, Federal Rules of Bankruptcy Procedure:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## EXHIBIT A

## DOCUMENTS TO BE PRODUCED

1.      All documents which relate to, reference, or evidence any purchase of bullion, coins, or precious metal of any sort by The Gold Center, Inc. from Diane R. Erdmann or Ross Hansen, or any other party, in exchange for which The Gold Center, Inc. issued a check or wire to Bucknell Stehlik Sato & Orth, LLP;

2.      All documents which relate to, reference, evidence, or constitute communications between The Gold Center, Inc. and Diane Erdmann or Ross Hansen;

3.      All documents which relate to, reference, evidence, or constitute communications related to any transaction in which The Gold Center, Inc. issued a check or wire to Bucknell Stehlik Sato & Orth, LLP;

4.      Any video recordings or photographs depicting or related to any purchase of bullion, coins, or precious metal of any sort by The Gold Center, Inc. from Diane R. Erdmann or Ross Hansen, or any other party, in exchange for which The Gold Center, Inc. issued a check or wire to Bucknell Stehlik Sato & Orth, LLP.



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **File Number** | 51462807 | | |
| **Entity Name** | THE GOLD CENTER, INC. | | |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 06/01/1978 | **State** | ILLINOIS |
| **Agent Name** | GORDON W GATES | **Agent Change Date** | 04/28/2016 |
| **Agent Street Address** | 1231 S 8TH ST | **President Name & Address** | TODD GREEN 3000 W. ILES SPRINGFIELD IL 60704 |
| **Agent City** | SPRINGFIELD | **Secretary Name & Address** | JOSH WAGONER 3000 W. ILES SPRINGFIELD IL 62704 |
| **Agent Zip** | 62703 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 05/10/2017 | **For Year** | 2017 |
| **Assumed Name** | ACTIVE - SPRINGFIELD RARE COIN GALLERIES, INC. | | |
| **Old Corp Name** | 03/04/1993 - SPRINGFIELD RARE COIN GALLERIES, INC. | | |

Return to the Search Screen       Select Certificate of Good Standing for Purchase

(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

3000 WEST ILES · SPRINGFIELD, ILLINOIS 62704 · PHONE (217) 793-8000

THE GOLD CENTER, INC.

The Gold Center Refining Services

ILLINOIS
Armored Transport, Inc.

ILLINOIS
Depository Corporation

**CUSTOMER:**
Diane Stark

**PLATINUM MELT/ASSAY**

## 118.302-OUNCE LOT-FINAL

Phone: 253-258-1508
EMAIL: DIANE_ET_AL@HOTMAIL.COM

DATE: 03/07/17  SETTLED 03/09/17
LOT NUMBER: 127877

| WEIGHT: | | GRAMS | TROY OUNCES |
|---|---|---|---|
| (A)BEFORE MELT | | 2,122.00 | 68.223 |
| (A)AFTER MELT | | 2,101.20 | 67.555 |
| (B)BEFORE MELT | | 2,135.60 | 68.661 |
| (B)AFTER MELT | | 2,106.90 | 67.738 |

| | ASSAY | FINE TROY OUNCES | ACCOUNTIBILITY | PAYABLE OUNCES |
|---|---|---|---|---|
| (A)PLAT | 90.57% | 61.184 | 96.00% | 58.736 |
| (B)PLAT | 91.60% | 62.048 | 96.00% | 59.566 |

TOTAL PAYABLE PLAT IS 118.302 OZS.

| | | | |
|---|---|---|---|
| SETTLEMENT: 118.302 OZ PLAT AT $942.00 | = | $ + | 111,440.48 |
| CREDIT FROM PALLADIUM LOT# 129073 | = | $ + | 22,730.88 |
| LOT CHARGE $5.00 / PAYABLE OZ 118.302 X $5.00 | = | $ - | 591.51 |
| ASSAY CHARGE | = | $ - | 50.00 |

DUE BUCKNELL STEHLIK SATO & STUBNER, LLP
TO BE WIRED ON 3/09/2017 CHK# 87046

$ 75,000.00

DUE DIANE ERDMANN
TO BE WIRED ON 03/09/2017 CHK# 87047

$ 58,529.85

D-7

# THE GOLD CENTER

3000 WEST ILES · SPRINGFIELD, ILLINOIS 62704 · PHONE (217) 793-8000

THE GOLD CENTER, INC.

The Gold Center Refining Services

ILLINOIS
Armored Transport, Inc.

ILLINOIS
Depository Corporation

**CUSTOMER:**
Diane Stark

**PALLADIUM MELT/ASSAY**

### 29.975-OUNCE LOT-FINAL

Phone: 253-258-1508
EMAIL: DIANE_ET_AL@HOTMAIL.COM

DATE 03/07/17   SETTLED 03/09/17

LOT NUMBER: 129073

| WEIGHT: | GRAMS | TROY OUNCES |
|---|---|---|
| BEFORE MELT | 1,021.60 | 32.845 |
| AFTER MELT | 1,008.50 | 32.424 |

| | ASSAY | FINE TROY OUNCES | ACCOUNTIBILITY | PAYABLE OUNCES |
|---|---|---|---|---|
| PALL | 96.30% | 31.224 | 96.00% | 29.975 |

SETTLEMENT: 29.975 OZ PALL AT $765.00          = $ + 22,930.88

MINIMUM LOT CHARGE          = $ -     200.00

DUE DIANE STARK
TO BE CREDITED TO LOT# 127877          $  22,730.88

D-8

# THE GOLD CENTER

3000 WEST ILES · SPRINGFIELD, ILLINOIS 62704 · PHONE (217) 793-8000

## THE GOLD CENTER, INC.

### The Gold Center Refining Services

**ILLINOIS**
## Armored Transport, Inc.

**ILLINOIS**
## Depository Corporation

**CUSTOMER:**
Diane Erdmann
1210 AUBURN WAY N.
SUITE B-115
AUBURN, WA 98002

Phone: 253-258-1508
EMAIL: DIANE_ET_AL@HOTMAIL.COM

**GOLD MELT/ASSAY**

## 32.374-OUNCE LOT-FINAL

DATE 03/30/17  SETTLED 03/31/17

LOT NUMBER: 128400

| WEIGHT: | GRAMS | TROY OUNCES |
|---|---|---|
| BEFORE MELT | 2,031.00 | 65.298 |
| AFTER MELT | 1,961.00 | 63.047 |

| | ASSAY | FINE TROY OUNCES | ACCOUNTIBILITY | PAYABLE OUNCES |
|---|---|---|---|---|
| GOLD | 51.87% | 32.702 | 99.00% | 32.374 |
| SILVER | 9.06% | 5.712 | 80.00% | 4.569 |

SETTLEMENT: 32.374 OZ GOLD AT $1,248.50    = $ + 40,418.94
SETTLEMENT: 4.569 OZ SILVER AT $18.20    = $ +    83.16

SHIPPING CHARGE    = $ -    60.00

DUE DIANE ERDMANN
TO BE WIRED ON 3/31/2017 CHK# 87208     $   40,442.10

D-9

Todd Weinscott    Help    Log Out

Mail    Address Book    Calendar    Preferences    Social    Loading...

Folders
Inbox (1)
Sent
Drafts
Junk
Trash
Carrollton
CCE
Banks
Dealers
Payroll
Republic
Green
J Wag
Dealers
stubhoe
RCG
G&S
Wire instructions
Find Shares
Searches
Tags
Zimlets

New    Get Mail    Delete    Reply    Reply to All    Forward    Spam    View

Mail    Search    Save    Advanced

From    Subject

Carrollton    Outgoing Wire Notification

Carrollton Bank Notificat...    Your wire transfer on 03/09/2017, in the amount of $55,529.65, was successfully sent to DIANE ERDMANN at FKA USA FCU A

Carrollton Bank Notifie...    Your wire transfer on 03/09/2017, in the amount of $75,000.00, was successfully sent to BUCKNELL STEHLIK SATO & S

Intuit ACFT Service    Accountants Changes available: The Gold Center, Inc.

**Outgoing Wire Notification**

From:    Carrollton Bank Notification

To:    Todd weinscott

Your wire transfer on 03/09/2017, in the amount of $55,529.65, was successfully sent to DIANE ERDMANN at FKA USA FCU.

Contact your local Carrollton Bank branch if you have any questions regarding this transaction.

Refer to wire sequence number 9418 in your inquiry. Customer Information can be found at http://www.carrolltonbanking.com.

Subject from email: amount ending with $.65

Wire fee: $30

SMATP: ...

IMAD: ...

------------------------------------------------------------
The documents accompanying this email may contain confidential information belonging to the sender which is legally privileged. The information is intended for the use of the individual or entity recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of

March 2017
                1   2   3   4
5   6   7   8   9   10  11
12  13  14  15  16  17  18
19  20  21  22  23  24  25
26  27  28  29  30  31



**Outgoing Wire Notification**

From    Carrollton Bank, Notification

To:    todd wainscott

Your wire transfer on X ... 17, in the amount of $75,000.00, was successfully sent to BUCKNELL STEHLIK SATO & STUBNER at JAMES BK NAPL, USA.

Contact your local Carrollton Bank branch if you have any questions regarding this transaction.

Please be wary of email requests for wire transfers. Your complete financial information can be found in your account access at www.carrolltonbanking.com

Domestic free automated number assistance with CBA
Wire     (xxx) 90.4

CHAIN ROUTING::090100 PAYEE N 90100
IMAD: :        : 076/990 : : : : :

The documents accompanying this email contain confidential information belonging to the sender which is legally privileged. The information is intended for the use of the individual or entity recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any

March 2017



Mike,

It was a pleasure speaking with you yesterday. Please send two wires for the platinum and palladium if you would be so kind.

$75,000 to:

Bucknell Stehlik Sato & Stubner, LLP  (206) 587-0144

IOLTA Account

ABA #: 125-008-013



The Commerce Bank of Washington

601 Union Street

Suite 3600

Seattle, WA 98101

And $58,529.85 to:


Diane Erdmann

routing number: 325272021

account number: ████████████

Alaska USA Federal Credit Union

1207 S. 320th St.

Federal Way, WA 98003

(253) 941-1507


Thank you,

Diane

Thank you,

Diane

# EXHIBIT E

# Northgate Rare Coin

Bryan Geraghty
Owner NRCPM

11319 Pinehurst Way NE
Seattle Wa 98125
206-364-0090
BryanGeraghty@outlook.com

David Neu
925 4th ave Suite 2900
Seattle 98105
Email (206) 370-7893

5-31-2017

Dear David Neu,

In response to your subpoena #27951 I have attached a copy of the check # 6984, #6985 I wrote for the purchase of materials from a woman who asked me to leave the payee line blank. The goods I purchased were purchased at fair market value. In the course of my daily business.

Sincerely,

Bryan Geraghty



EXHIBIT NO. 12
Erdmann
8-3-17
Shari L. Wheeler, CCR

E-2

**Bank of America**

**Online Banking**

## Business Fundamentals Chk - 7509: Account Activity Transaction Details

|  |  |
|---|---|
| **Check number:** | 00000006985 |
| **Post date:** | 01/10/2017 |
| **Amount:** | -57,350.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |


**Bank of America**

**Online Banking**

## Business Fundamentals Chk - 7509: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000006984 |
| **Post date:** | 01/10/2017 |
| **Amount:** | -20,000.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | DAVIS WRIGHT TREMAINE LLP |
| **Transaction category:** | Business Expenses: Business Miscellaneous |



# EXHIBIT F

| | |
|---|---|
| $3,125 | 30 - Type 1 #1 Gold |
| $1,940 | 8 - Type 2 #1 Gold |
| $2,625 | 23 - Type 3 #1 Gold |
| $330 | $5 Indian |
| $330 | $5 Liberty |
| $1,375 | 3 - $3 Gold |
| $1,100 | 1811-0 $2½ Gold |
| $180 | 50. African ½ Gold Fine |
| $320 | 2- German 10 mark |
| $355 | German 20 mark |
| $275 | Belgium 20 Franc |
| $290 | 10 Guilden |
| $260 | Italy 20 Lira |
| $1,220 | Peru Libea |
| $220 | France 5 Franc |
| $165 | 50. African ½ Sovereign |
| $13,060 | Due as of 8/28/16 |
| -6,500 | Deposit to Diane's acct. 8/28/16 |
| $6,560 | Due as of 8/28/16 |
| -6,560 | to Diane's check + Paid |
| 0 | Due. |

9/14/16

| | |
|---|---|
| $1,990 | 13 - #1 Gold |
| $620 | cleaned #10 Liberty |
| $820 | 2 - cleaned #3 Gold |
| $1,240 | 4 - German 20 Mark |
| $330 | cleaned $5. Liberty |
| $150 | Netherlands Ducat |
| $145 | Switzerland 10 Franc |
| $5,345 | (New Sold) |
| 6,560? | from prior list |
| $11,905 | |
| -11,905 | Paid 9/14/16 check #2550 |
| 0 | Due |

EXHIBIT NO. 13
Erdmann
8-3-17
Shari L Wheeler, CCR

Diane Erdman

| | |
|---|---|
| $260 | 3 - $1 Gold |
| $1,200 | 3 MS63 #2½ Indian |
| $55. | Cleand $3 Gold |
| $135 | Austria 10 corona |
| $140 | France 10 Franc |
| $200 | $1 Gold |
| $70 | France 5 Franc |
| $130 | France 10 Franc |
| $10 | $1. Gold |
| $280 | $1 Gold |
| $250 | France 20 Franc |
| $150 | German 20 mark |
| $2,450 | 2 - MS65 $2½ Indian |
| $270 | MS63 #2½ Liberty |
| $500 | 2 - France 20 Franc |
| $500 | 2 - France 40 Franc |
| $1,000 | 2 - Italy 20 Lita |
| $65 | Cleand $1 Gold |
| $8310 | |

Paid - Check $8,570 - 11/26/16

| | |
|---|---|
| $2,800 | M563 $3 Gold |
| $730 | 2 - MS63 $2½ Gold Indian |
| $650 | 3 - 20 swiss - Francs |
| $250 | 2 - 10 French Francs |
| $245 | 10 Gulden |
| $4,665 | ← paid 12/8/16 By act. Deposit |

Diane Erdman    3/28/17

**2/7/17**

$150   British 1/2 Sovereign
$470   2-20 Franc-France
$250   2-10 Corona-Austria
$295   20 Mark-Germany
$125   Ducat-Netherlands
$65    2-Peso's-Mexico
$900   4-20 Franc-Belgium
$675   3-20 Franc-France
$120   10 Franc-France
$3,050   Paid (Cash Deposited)

$1,750   2009 High Relief Gold
$240    20 Korona-Hungary
$300    20 Lire-Italy
        British Sovereign
$2,530

# EXHIBIT G

1          UNITED STATES BANKRUPTCY COURT

2      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3

4

5    _____

6    IN RE:                              )

7    NORTHWEST TERRITORIAL MINT, LLC,    )

8           Debtor.                      )      16-11767-CMA

9                                        )

10   _____

11          EXAMINATION OF DIANE ERDMANN

12                 PURSUANT TO

13          BANKRUPTCY RULE 2004

14   _____

15

16

17                 10:58 A.M.

18               AUGUST 3, 2017

19        925 FOURTH AVENUE, SUITE 2900

20             SEATTLE, WASHINGTON

21

22

23

24

25   REPORTED BY:  SHARI L. WHEELER, CCR NO. 2396



206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

```
 1                A P P E A R A N C E S

 2

 3     FOR THE CHAPTER 11 TRUSTEE:

 4          DAVID C. NEU

 5          K&L Gates, LLP

 6          925 Fourth Avenue, Suite 2900

 7          Seattle, Washington 98104

 8          206.623.7580

 9          david.neu@klgates.com

10

11     FOR DIANE ERDMANN:

12          THOMAS P. QUINLAN, II

13          Smith Alling, PS

14          1501 Dock Street

15          Tacoma, Washington 98402

16          253.627.1091

17          tom@smithalling.com

18

19     ALSO PRESENT:

20          MARK CALVERT

21

22

23

24

25
```

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

G-3

1      Q. So that's 2 feet deep by 8 inches wide by

2  8 inches tall?

3      A. Yes.

4      Q. Yes?

5      A. Yes.

6      Q. In late April 2016, the King County Sheriff

7  executed on assets at your house, correct?

8      A. Correct.

9      Q. The $700,000 in coins and bullion that you've

10 sold over the last year or so, where was that all

11 located at the time the sheriff raided your house?

12     A. Various places.

13     Q. What places?

14     A. Safe-deposit boxes, Don Schwenk, the storage

15 unit.

16     Q. You said you only had one safe-deposit box,

17 correct?

18     A. I think I still had them all at the time of the

19 raid.

20     Q. I'm trying to avoid going and getting the

21 safe-deposit box records.  In May of 2016, we can agree

22 that all but one of the safe-deposit boxes was closed,

23 correct?  You closed them all right before you paid the

24 retainer to Todd Tracy, correct?

25     A. No.

206 622 6875 | 800 831 6973
production@yomreporting.com
www.yomreporting.com

G-4

Case 19-41238-BDL    Doc 19-1    Filed 05/09/19    Ent. 05/09/19 14:12:35    Pg. 65 of 65