Entered on Docket May 10, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re:

DIANE RENEE ERDMANN,

        Debtor.

Chapter 13

Case No. 19-41238-BDL

**ORDER EXTENDING TIME TO FILE SCHEDULES, CHAPTER 13 PLAN, STATEMENTS AND CONTINUING 341 MEETING OF CREDITORS**

      THIS MATTER came before the Court on the motion of Diane Renee Erdmann (Debtor) to extend the time for filing schedules, chapter 13 plan, and statements. The Court having reviewed the Debtor's motion, and finding that good cause exists to allow an extension; now therefore, it is hereby

      **ORDERED** that the time for the Debtor to file schedules, chapter 13 plan, and statements is extended to **May 23, 2019**; it is further

      **ORDERED** that the meeting of creditors is continued to June 6, 2019, at 11:00 a.m.; it is further

      **ORDERED** that the Debtor shall mail a copy of this order to all creditors no later than May 23, 2019; it is further

ORDER EXTENDING TIME TO FILE SCHEDULES,
CHAPTER 13 PLAN, STATEMENTS AND CONTINUING
341 MEETING OF CREDITORS - 1

**ORDERED** that the Debtor shall mail a copy of the chapter 13 plan to all creditors listed in the mailing matrix of this case prior to May 23, 2019, and file a proof of service with the court. See Local Rules W.D. Wash. Bankr. 3015-1(c)(2).

///End of Order///

ORDER EXTENDING TIME TO FILE SCHEDULES,
CHAPTER 13 PLAN, STATEMENTS AND CONTINUING
341 MEETING OF CREDITORS - 2