# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

In re

Diane Renee Erdmann

Bankruptcy No. 19-41238-BDL

**MOTION TO SEAL BANKRUPTCY SCHEDULES**

I, Diane Erdmann, hereby request that my bankruptcy schedules be kept confidential and sealed from the public. I am high profile and subject to having my personal affairs made public in online forums. And having already had my civil rights violated and been slandered and defamed by false allegations against me from the Chapter 11 trustee for Northwest Territorial Mint, Mark Calvert, I wish to limit further exposure. Thank you for your kind consideration.

May 23, 2019 at Auburn, WA

Diane Erdman

Diane Erdmann