Below is the Order of the Court.

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Chapter 13 |
|---|---|
| DIANE RENEE ERDMANN, | Case No. 19-41238-BDL |
| Debtor. | **ORDER OF REASSIGNMENT OF CASE** |

THIS MATTER came on for hearing before this Court *sua sponte;* the undersigned is of the opinion that it is in the best interests of the parties to reassign this case to Judge Mary Jo Heston, who has related cases. Therefore, it is hereby

**ORDERED** that the above-captioned case shall be reassigned to Judge Mary Jo Heston, effective immediately. All further pleadings and hearings are to be noted accordingly.

///End of Order///