Form reasgnbk (01/2014)

## UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:
Diane Renee Erdmann

Debtor(s).

Case Number: 19–41238–MJH
Chapter: 13

### REASSIGNMENT OF CASE

You are notified that this bankruptcy case has been reassigned to the **Honorable Mary Jo Heston**. All further motions should be noted accordingly.

Dated: May 28, 2019

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court