**Below is the Order of the Court.**

*Mary Jo Heston*
_____

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

DIANE RENEE ERDMANN,

               Debtor.

Case No. 19-41238

**ORDER DENYING MOTION TO SEAL**
**BANKRUPTCY SCHEDULES AND**
**REQUIRING DEBTOR RE-FILE**
**SCHEDULES BY JUNE 5, 2019**

      This matter came before the Court on a Motion to Seal Bankruptcy Schedules filed by the Debtor on May 23, 2019. Pursuant to Local Rules W.D. Wash. Bankr. 9018-1(a), there is a "strong presumption of public access to the court's records," and the party seeking to file a document under seal must overcome this presumption in order to deny public access to that document. The filing of bankruptcy schedules is one of the fundamental duties required by the Bankruptcy Code for debtors in bankruptcy. The information provided therein is critical for the creditors, the standing trustee, and the Court. Having reviewed the Debtor's motion, the Court concludes that the Debtor has not provided the Court sufficient evidence to overcome the strong presumption of public access to the Debtor's bankruptcy schedules. Accordingly, it is hereby

1       **ORDERED** that the Debtor's Motion to Seal Bankruptcy Schedules is DENIED; it is

2 further

3       **ORDERED** that pursuant to Local Rules W.D. Wash. Bankr. 9018-1(c), the Debtor shall

4 re-file her bankruptcy schedules not under seal by June 5, 2019, prior to the § 341 Meeting of

5 Creditors scheduled for June 6, 2019.

6                           / / / End of Order / / /

ORDER DENYING MOTION TO SEAL
BANKRUPTCY SCHEDULES AND REQUIRING
DEBTOR RE-FILE SCHEDULES BY JUNE 5, 2019 - 2