Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA # 33143
Brian T. Peterson, WSBA # 42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Mary Jo Heston
Chapter 13
Hearing Location: Courtroom H
Hearing Date: Tuesday, June 11, 2019
Hearing Time: 1:00 p.m.
Response Date: June 5, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

DIANE RENEE ERDMANN

　　　　　　Debtor.

Case No. 19-41238-BDL

REVISED NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 BASED ON COURT ORDER OF REASSIGNMENT OF CASE

TO: CLERK OF THE COURT

TO: MS. DIANE ERDMANN, Debtor

PLEASE TAKE NOTICE that on May 28, 2019, the Court entered an Order of Reassignment of Case, assigning the case to the Honorable Mary Jo Heston.

PLEASE TAKE FURTHER NOTICE THAT also on May 28, 2019, the Court entered a Docket Minute Entry continuing the hearing scheduled on June 12, 2019, at 1:30 p.m. (PT) before the Honorable Brian D. Lynch, to a hearing scheduled on **June 11, 2019, at 1:00 pm (PT)** before the Honorable Mary Jo Heston, United States Bankruptcy Judge, in Courtroom H, 1717 Pacific Ave, Tacoma, WA on the Motion to Convert Case to Chapter 7 (the "Motion").

DATED this 4th day of June, 2019

K&L GATES LLP

By /s/*David C. Neu*
　Michael J. Gearin, WSBA #20982
　David C. Neu, WSBA #33143
　Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

REVISED NOTICE OF HEARING ON MOTION TO CONVERT.- 1

502277207 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on June 4, 2019, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

Also on June 4, 2019, she caused the foregoing document to be placed in the mail to the Parties at the addresses listed below:

Diane Renee Erdmann
PO Box 4024
Federal Way, WA 98063

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 4th day of June, 2019 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

REVISED NOTICE OF HEARING ON MOTION TO CONVERT.- 2
502277207 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 19-41238-MJH    Doc 35    Filed 06/04/19    Ent. 06/04/19 16:14:58    Pg. 2 of 2