UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

Diane Renee Erdmann

Bankruptcy No. 19-41238-MJH

**MOTION TO DISMISS CHAPTER 13 BANKRUPTCY FILING**

I, Diane Erdmann, hereby request that my Chapter 13 bankruptcy filing be dismissed.

June 10, 2019 at Auburn, WA

*/s/ Diane Erdmann*

Diane Erdmann