**Below is the Order of the Court.**



_____
**Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

Form oscpcscs (02/2012)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re:<br>Diane Renee Erdmann<br><br>Debtor(s). | Case Number: 19–41238–MJH<br>Chapter: 7 |

### ORDER TO SHOW CAUSE FOR FAILURE TO FILE POST–CONVERSION SCHEDULES

The Debtor(s) has not complied with the Court order requiring the filing of (1) amended schedules, statements, or documents, <u>or</u> a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents, <u>and</u>, (2) the statement of current monthly income (means testing form)*, required by Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007–1(b), it is hereby

ORDERED that the Debtor(s) appear before the Court on **July 30, 2019 at 9:00 AM, in Judge Heston's Courtroom H, 1717 Pacific Ave, Tacoma, WA** and show cause why this case should not be dismissed, or other appropriate action taken, due to the Debtor's failure to comply with the Court order.

If the amended schedules, statements, and documents, <u>or</u> a declaration that there has been no change since filing the original schedules, statements and documents, <u>and</u> the statement of current monthly income (means testing form)*, are filed seven days prior to the hearing, then the Debtor(s) need not appear.

Any other party opposing dismissal of this case shall file a written response stating the basis of the opposition not later than seven calendar days prior to the hearing. Copies of the response shall be served on the Debtors (or counsel, if represented), the Trustee, and the United States Trustee.

///End of Order///

*A new means test form is generally required to be filed in a converted case. However, in a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed on or prior to October 16, 2005.