Diane Renee Erdmann19-41238-MJH

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have amended all bankruptcy schedules where appropriate, and that the information contained in the unaltered schedules remains unchanged and is true and correct to the best of my knowledge, information and belief.

*Diane Erdman* (signature)

Diane Erdmann

7-13-19

Date