Diane Renee Erdmann
19-41238-MJH

Diane Erdmann
PO Box 4024
Federal Way, WA 98063

July 24, 2019

REQUEST TO DISMISS/POSTPONE HEARING TO SHOW CAUSE AND SECOND 341 MEETING:

On July 15, 2019 I filed a declaration stating that all my bankruptcy schedules that had not been amended were still true and correct, which I believe negates the need for the hearing on July 30th. I have also supplied to the trustee my proof of social security number and all requested documents, which I believe negates the need for a second 341 meeting on July 29th. I respectfully request that both these hearings be dismissed.

If that is not possible, then I request that they be postponed, as I have conflicting court dates in Seattle on both of these dates. Thank you for your consideration in this matter.

Sincerely,

*Diane Erdman*

Diane Erdmann