Honorable Mary Jo Heston
Hearing Date: October 22, 2019
Hearing Time: 9:00 a.m.
Response Date: October 15, 2019
Location: Tacoma
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DIANE ERDMANN,<br><br>                Debtor. | No. 19-41238<br><br>DECLARATION OF CHRISTOPHER G. WILLIAMS IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY |

Christopher G. Williams declares and states as follows:

1. I am the assistant to the Chapter 7 Bankruptcy Trustee herein, have testimonial knowledge of the facts set forth in this declaration and am competent to testify thereto.

2. With the assistance of Joseph Munchel, Executive Purchasing Agent at Bellevue Rare Coins, on September 28, 2019, I compared the Inventory of Ross Hansen Seized Property that was prepared during the administration of the Chapter 11 of Northwest Territorial Mint LLC to the coins, metals and other items held by Bellevue Rare Coins at its business premises located at 321 Bellevue Way NE, Bellevue, WA. All of the items on the inventory, in the quantities stated, with the exception of the Apple iPad Pro (item 4), Dell Desktop Computer and Monitor

//

//

//

**DECLARATION OF CHRISTOPHER G. WILLIAMS IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

(item 52), and the Cash (listed after the Sub Total) were present and accounted for. I have taken pictures of the inventory for verification.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 1st day of October, 2019 at Seattle, Washington.

By: /s/ Christopher G. Williams
Christopher G. Williams

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\settle_CGW_dec.wpd

**DECLARATION OF CHRISTOPHER G. WILLIAMS IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 19-41238-MJH    Doc 79    Filed 10/01/19    Ent. 10/01/19 16:05:51    Pg. 2 of 2