The Honorable Mary Jo Heston
Chapter 13
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

Diane Renee Erdmann

Bankruptcy No. 19-41238-MJH

**OBJECTION TO MOTION TO APPROVE SETTLEMENT AND SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY**

I, Diane Erdmann, object to this motion to sell my personal property for the benefit of Bradley Cohen and the estate of Northwest Territorial Mint. The property in question belongs to my estate. Bradley Cohen and the estate of Northwest Territorial Mint are not creditors of mine and should not be considered for a preferential payment from monies that belong to me and are to be used for the benefit of *my* creditors.

Also, getting one bid is not a reliable way to determine the value of the assets. I believe the value is significantly higher than the proposed sale amount. To provide maximum value to the estate, these items should be auctioned following standard bankruptcy procedures.

And further, my property is comingled with that of Ross Hansen, including items which are exempted from being sold. Many of these items Judge Alston has repeatedly instructed Mr. Calvert to return to Mr. Hansen, and this has not been done.

By law the only person who can sell the assets of my estate is my trustee. And the only party who can sell Mr. Hansen's property is the sheriff.

Dated this 14th day of October, 2019 at Auburn, WA.

*Diane Erdmann*

Diane Erdmann