**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DIANE ERDMANN,<br><br>Debtor. | No. 19-41238<br><br>ORDER ON MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY |

THIS MATTER came on before the Honorable Mary Jo Heston of the above entitled Court upon the Trustee's Motion to Approve Sale of Estate's Interest in Coin and Metal Inventory, the Court having reviewed the records and files herein, and any responses and replies thereto, now therefore

IT IS HEREBY ORDERED that pursuant to 11 U.S.C. § 363 (b), the NWTM Trustee and Erdmann Trustee are authorized to participate in the consummation of a sale of the Seized Property less the following items (the "Excluded Items"), which shall be excluded from the sale:

| # | Lot | Description | Weight | Quantity |
|---|---|---|---|---|
| 2 | 1&2 | Bag Silver Bars/Copper Rounds | 7.1 LBS | 1 |

**ORDER ON MOTION TO APPROVE SALE OF
ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

| | | | | |
|---|---|---|---|---|
| 3 | 1&2 | Bag Wheat Pennies 50 Face worth 2.5 Cents Each | 34 LBS | 1 |
| 10 | 3&4 | Small Cardboard Box of Misc Coins, Bars and Knifes | 4.06 LBS | 1 |
| 12 | 3&4 | Red Box with Misc. Medals and Tokens | 8.87 LBS | 1 |
| 48 | 5&6 | Bag of Misc Token Medals - Mostly Non Precious | | 1 |
| 49 | 5&6 | Box Lot Misc Medals, Belt Buckle, Hobo Nickel | | 1 |
| 50 | 5&6 | Insignia, Military & School Medals | | 1 |
| 51 | 5&6 | Assortment of Spoons Medals, Money Clips, ID Tags | | 1 |
| 57 | 10 | Small Box Medals - Lapel Pins | | 1 |
| 77 | 13 | Lot Misc Coins, Medals and Tokens | | 1 |
| 83 | 17 | Misc Medals | | 4 |

to Bellevue Rare Coins, American Rarities Rare Coin Company, or any party providing a higher and better offer (the "Buyer"), provided, however, that the purchase price shall be no less than $127,886.19 (ten percent less than the original offer).

IT IS FURTHER ORDERED that, except as otherwise specifically provided herein, pursuant to 11 U.S.C. §§ 105 (a) and 363 (f), the Seized Property shall be transferred at closing to the Buyer, free and clear of all interests, including liens, claims, and encumbrances, with all such interests to attach to the net proceeds of the sale in the order of their priority, with the same validity, force and effect which they now have as against the Seized Property.

IT IS FURTHER ORDERED that the sale of the Seized Property by the Trustees to the Buyer (a) is or will be legal, valid and effective transfers of the Seized Property; (b) constitutes a transfer for reasonably equivalent value and fair consideration under the United States

**ORDER ON MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 19-41238-MJH    Doc 91    Filed 10/23/19    Ent. 10/23/19 10:34:10    Pg. 2 of 3

Bankruptcy Code; and (c) except as otherwise specifically provided herein, will vest Buyer with all right, title and interest of the estates of NWTM and Erdmann to the Seized Property free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (f).

IT IS FURTHER ORDERED that this Order shall be effective immediately upon entry, and any stay of orders provided for in Bankruptcy Rules 6004 (h), 6006 (d), 7062, and any other provision of the Bankruptcy Code or Bankruptcy Rules, shall not apply, are expressly lifted, and this Order is immediately effective and enforceable.

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee
C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\settle_sale_ord.wpd

**ORDER ON MOTION TO APPROVE SALE OF
ESTATE'S INTEREST IN COIN AND METAL INVENTORY - 3**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002