UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DIANE ERDMANN,<br><br>                Debtor. | No. 19-41238<br><br>VERIFIED NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE |

PLEASE TAKE NOTICE that Trustee Kathryn A. Ellis ("Trustee") hereby submits a notice of intent to abandon the estate's interest in the debtor's 2005 Chevrolet Astro (VIN 1GNEL19X95B111409) pursuant to 11 U.S.C. § 554 and Fed. R. Bankr. P. 6007.

A Trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate pursuant to 11 U.S.C. § 544 (a). Under 11 U.S.C. § 541 (a)(1), property of the estate includes all legal or equitable interest of the debtor in property as of the commencement of the case. Here, the Trustee has concluded that the above listed vehicle owned by the debtor is burdensome and of inconsequential value and benefit to the estate.

Based on the inoperable condition of the vehicle listed above, the Trustee does not believe that the present value justifies administering this asset as part of the bankruptcy estate. After the costs of sale, the Trustee believes there would be little to no equity available for the estate from the sale of the above described real property.

Pursuant to Fed. R. Bankr. P. 6007 (a), if you do not file an objection within fifteen (15) days of the date of this Notice requesting a hearing, the estate's interest in the above listed real property will be deemed abandoned. The Trustee will thereafter present an Order of Abandonment to the Court without further notice.

DATED this 10th day of February, 2021.

                                                /s/ Kathryn A. Ellis
                                                Kathryn A. Ellis, Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Erdmann\Astro_abandon_not.wpd

**VERIFIED NOTICE OF TRUSTEE'S INTENT
TO ABANDON PROPERTY OF THE ESTATE - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 19-41238-MJH    Doc 123    Filed 02/10/21    Ent. 02/10/21 13:02:52    Pg. 1 of 1